FILED

08 DEC 19 PM 2:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>YOLANDA RODRIGUEZ,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:06-cv-02485-WQH-NLS<br><br>Honorable William Q. Hayes<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

　　　Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

　　　1.　　Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five (5) sound recordings listed in Exhibit A to Plaintiffs' FAC.  Accordingly, having been adjudged to be in default, Defendant Yolanda Rodriguez ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the FAC, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

1

#9798 v1

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Still D.R.E.," on album "2001," by artist "Dr. Dre" (SR# 277-983);
- "Party Up," on album "...And Then There Was X," by artist "DMX" (SR# 279-017);
- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- "Let Me Blow Ya Mind," on album "Scorpion," by artist "Eve" (SR# 293-364);
- "Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: 12/18/08    By: _____
Honorable William Q. Hayes
United States District Judge

#9798 v1

2